JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO FRANCISCO ALVARADO CATJI,<br><br>     Plaintiff,<br><br>  v.<br><br>WARDEN-FACILITY ADMINISTRATOR et al.,<br><br>     Defendant. | Case No. 5:26-cv-02092-SB-KS<br><br><br>FINAL JUDGMENT |

For the reasons stated in the separate order conditionally granting the habeas petition, the government is enjoined from continuing to detain Petitioner Pablo Francisco Alvarado Catji, A 201717925, unless he is provided with an individualized bond hearing no later than July 15, 2026.

This is a final judgment.

Date: July 8, 2026

_____
     Stanley Blumenfeld, Jr.
  United States District Judge

1